UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

**Paul Ajeneye**

(Plaintiff)

FILED

MAR 1 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**Officer Brandon Bell (individual capacity)**

**Sergeant Gassim Abazid (individual capacity)**

**Sheriff Austin Garrett (official capacity)**

**Chief Sean O'Brien (official capacity)**

(Defendants)

1:26-CV-69
District Judge Atchley
Magistrate Judge Dumitru

STATEMENT OF CLAIM

**(This incident spans from 11/16/2025 to 11/19/2025 and involves individuals from the University of Tennessee at Chattanooga Police Department and the Hamilton County Sheriff's Office)**

**<u>Brandon Bell</u>**

**On 11/16/2025 (Case #:25-005488), I, a graduate of UTC, arrived at the UTC Police Department (400 Palmetto St. Chattanooga, Tennessee, 37403) to seek the status of a report I had made earlier, Officer Brandon Bell (badge #5543) and Officer Dennis Waters (badge #2431) entered and asked for permission to search me. After I permitted them and put my hands against a wall, one of them squeezed my thigh, forcibly took me to the ground, handcuffed me, and then proceeded to finish searching me.**

**•Officer Bell repeatedly refused to loosen the handcuffs even though I asked due to them being uncomfortable from them being too tight (he refused to loosen them until when they were removed when I was taken to the Hamilton County Jail).**

1

•In the lobby of the police station, I was shown a trespassing notification by one of the officers, but I wasn't given a chance to read it, sign it, or leave the property as I was handcuffed in a chair.

•I was placed in handcuffs and made to sit in the lobby of the police station for an extended period of time without being told whether I was being detained or arrested. When I was placed in the back of the police car, I was confused as I still  wasn't told what was happening or where I was being taken.

•While I was in the back of their police cruiser, one of the officers asked for permission to search my vehicle (2009 Toyota Camry) that was in the parking lot of the police station. When I asked for the probable cause, he refused to tell me, and my car was later towed by "Caines Wrecker service" and I wasn't informed of this until I was released the next day.

•When they had transported me to Hamilton County Jail (7609 Standifer Gap Road), it still wasn't explained if I was being charged or why I was brought there. It was only at this time where I was shown the trespassing notification and given a chance to read and sign it.

•I was eventually booked under the charges of "criminal trespassing" and "resisting arrest" after an extended period of time without being informed.

### Gassim Abazid

On 11/18/2025 (Case #:25-005528), when I returned to UTC as I believed that the trespassing charges had already been dropped. I was stopped by Sergeant Gassim Abazid (badge #5562), who asked me if I had been trespassed as I was leaving the campus. After I asked him if I was being detained, he refused to answer and instead grabbed me, slammed me on the ground, and put me in handcuffs.

•When Sergeant Abazid slammed me onto the concrete, I received an abrasion on my thigh, which was documented and photographed by medics whom I requested shortly after.

•I was eventually taken to the Hamilton County Jail under the charges of "aggravated criminal trespassing" and "resisting arrest" by Officer Walker Anderson (badge #5525).

### Sean O'Brien

•Chief Sean O'Brien's failure to effectively supervise and discipline the staff of the University of Tennessee at Chattanooga Police Department resulted in corruption  unprofessional conduct among the officers and sergeant who were involved and present during the ordeal.

### Austin Garrett

2

•On 11/17/2025, my temporary holding cell (BK-108), was deliberately overcrowded with an estimated 10-15 (many were forced lay on the floor) while another correctional officer removed the sheet of paper which contained the numbers of the bonding companies from the window of the cell. Additionally, I was repeatedly ignored and mocked by the other correctional officers and nurses who were present as I repeatedly asked for medical attention and my glasses.

•On 11/19/2025 before I was going to be released on bond, a correctional officer (badge #3737) handed me a form in my jail cell (BK-101) and said "sign this to release your property to the bonding company" without specifying. Feeling coerced, I signed it. When I was released, I received my shoes and jacket but my cell phone, wallet, and AirPods were missing. As I was unable to leave the property of Hamilton County Jail without my belongs, I called "Carlos Bail Bonding" and eventually, my belongings were returned by Dakota Estrada (card #112892591). However, the AirPods were missing although the case was returned.

•Sheriff Austin Garrett's failure to effectively supervise and discipline his staff created an environment in which acts of abuse, cruelty, and degradation were widespread among the correctional officers and nurses of the Hamilton County Jail.

3

RELIEF

**Compensatory and punitive damages for financial impact, impacts on personal life and reputation, emotional distress, and civil rights violations.**

I hereby certify under penalty of perjury that the above complaint is true to the best of my information, knowledge and belief.

Signed this March 13, 2026

Signature of plaintiff