UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

## First amended complaint of 1:26-CV-69

**Paul Ajeneye**

(Plaintiff)

**Officer Brandon Bell (individual capacity)**

**Sergeant Abazid (individual capacity)**

**Sheriff Austin Garrett (individual capacity)**

(Defendants)



STATEMENT OF CLAIM

**(This incident spans from 11/16/2025 to 11/19/2025 and involves individuals from the University of Tennessee at Chattanooga Police Department and the Hamilton County Sheriff's Office)**

Note: This second version of the 1:26-CV-69 complaint has dismissed Sean O'Brien as a defendant without prejudice and has slightly altered the descriptions of Bell's, Abazid's, and Garrett's conduct.

## Brandon Bell

On 11/16/2025 (Case #:25-005488), I, a graduate of UTC, mistakenly arrived at the UTC Police Department (400 Palmetto St. Chattanooga, Tennessee, 37403) to seek the status of a report I had made to the Chattanooga Police Department, Officer Brandon Bell (badge #5543) and Officer Dennis Waters (badge #2431) entered and asked for permission to search me. After I permitted them and put my hands against a wall, one of them squeezed my thigh, forcibly took me to the ground, handcuffed me, and then said "that's resisting".

1

•Officer Bell repeatedly refused to loosen the handcuffs even though I asked due to them being painful due to them being too tight (he refused to loosen them until when they were removed when I was taken to the Hamilton County Jail).

•In the lobby of the police station, I was handcuffed without being told whether I was being detained or arrested and I was eventually shown a trespassing notification by Officer Bell, but I wasn't given a chance to read it, sign it, or leave the property as I was handcuffed in a chair.

•When I was placed in the back of Officer Bell's police cruiser, he asked for permission to search my vehicle (2009 Toyota Camry) that was in the parking lot of the police station. When I asked for the probable cause, he refused to tell me, and my car was later towed by "Caines Wrecker service" and I wasn't informed of this until I was released the next day.

•After being transported to Hamilton County Jail (7609 Standifer Gap Road), I was eventually booked under the charges of "criminal trespassing" and "resisting arrest" after an extended period of time without being notified of the charges.

•Additionally, Officer Bell fabricated the arrest report for this incident with phrases such as "during the conversation, Ajeneye was given lawful orders by Officer Waters and myself to leave the property" and "Officer Waters and I took Ajeneye to the ground in a controlled manner". The report also denies that I was in possession or under the influence of drugs, involved in gang activity, or made forced entry into the police station which shows a lack of lawful basis for being trespassed. The body camera footage that Officer Bell mentioned on the report show contradict his statements.

•Officer Bell committed numerous civil rights violations during this ordeal, such as unlawful arrest, excessive force, unlawful search and seizure, and malicious prosecution.

## Gassim Abazid

•On 11/18/2025 (Case #:25-005528) when I was in the process of leaving the property of UTC (as I believed that I couldn't be legally trespassed from private property), I was stopped and confronted by Sergeant Abazid (#5562).

•When I asked if I was detained, Sergeant Abazid grabbed me and slammed me on the concrete. The slam resulted in an abrasion on my thigh which was photographed by medics who arrived later.

•Similar to Officer Bell, Sergeant Abazid fabricated his arrest report which statements such as "he then stood up to leave, and I grabbed his left wrist to restrain him" and "Mr. Ajeneye then reported he scraped his left knee".

•Sergeant Abazid committed numerous civil rights violations such as excessive force, unlawful arrest, and due process violations.

## Austin Garrett

•On 11/17/2025, my temporary holding cell (BK-108), was deliberately overcrowded with an estimated 10-15 people before the correctional officers and nurses left before the end of their shifts. Additionally, I was repeatedly ignored and mocked by the other correctional officers and nurses who were present as attempted to get their attention to ask why I was locked in a cell (as I wasn't notified of the charges) and as I repeatedly asked for medical attention.

•On 11/19/2025 before I was going to be released on bond, a correctional officer (badge #3737) handed me a form in my jail cell (BK-101) and said "sign this to release your property to the bonding company" without specifying. Feeling coerced, I signed it. When I was released, I received my shoes and jacket but my cell phone, wallet, and AirPods were missing. As I was unable to leave the property of Hamilton County Jail without my belongs, I called "Carlos Bail Bonding" and eventually, my belongings were returned by Dakota Estrada (card #112892591). However, the AirPods were missing although the case was returned.

•According to a Chattanooga Times Free Press article written in August 2025, Sheriff Austin Garrett publicly acknowledged that the Hamilton County Jail is "one of the most dangerous places a person can be", yet failed to train, supervise, reform, or discipline his staff to prevent incidents that were subsequently reported including the one that I underwent.

•Sheriff Austin Garrett's deliberate indifference to the conditions of the Hamilton County Jail led to the conditions that I and so many others have underwent.

RELIEF

**Compensatory and punitive damages for emotional distress and civil rights violations.**

I hereby certify under penalty of perjury that the above complaint is true to the best of my information, knowledge and belief.

Signed this April 17, 2026

Email address: ayoajeneye@gmail.com
       Phone: 423-558-9225