# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

Paul Ajeneye )
_____ )
      Plaintiff )
)
v. ) Civil Action No. 1:26-CV-69
)
)
Austin Garrett )
_____ )
      Defendant )

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on 04/27/2026;

that the summons and complaint were duly served upon the defendant, Austin

Garrett, and no answer or other pleading has been filed by said defendant as required

by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant,

Austin Garrett, as provided in Rule 55(a), Federal Rules of Civil

Procedure.

LeAnna R. Wilson, CLERK

By    s/E. Coyne
           Deputy Clerk